585 A.2d 364
STATE OF NEW JERSEY v. ROBERT LEE DENIKE.

September 4, 1990.

Petition for certification denied.

585 A.2d 364
STATE OF NEW JERSEY v. MICHAEL T. JOHAS.

September 4, 1990.

Petition for certification denied.

585 A.2d 364
STATE OF NEW JERSEY v. BENJAMIN QUIRINDONGO.

September 4, 1990.

Petition for certification denied.

585 A.2d 364
STATE OF NEW JERSEY v. ALBERT W. MAC NEILL.

September 4, 1990.

Petition for certification denied.

585 A.2d 364
STATE OF NEW JERSEY v. MYRON WILBELY.

September 4, 1990.

Petition for certification denied.